**Order entered August 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00669-CV

**HOMEADVISOR, INC. AND ANGI HOMESERVICES INC., Appellants**

**V.**

**ZAK WADDELL AND ELIZABETH WADDELL, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06796**

## ORDER

Before the Court is appellants' August 1, 2019 notice regarding the clerk's record. Appellants assert the clerk's record omits (1) the trial court's order on appellant's motion to partially strike appellees' affidavits in response to appellants' motion to compel arbitration, which we ordered be included on July 12, 2019, as well as (2) defendant's letter brief relating to appellant's request for findings of fact and conclusions of law. Appellants request the Court order a supplemental clerk's record containing those items be filed and set the deadline for the filing of appellants' brief from the filing of the supplemental record. We **GRANT** the request as follows.

We **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than August 19, 2019, either a supplemental clerk's record containing the above-mentioned items or written

verification the documents cannot be located or do not exist. We further **ORDER** appellants to file their brief no later than September 9, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE